UNITED STATES of America,
Plaintiff–Appellee,

v.

Cleveland GRAVES, Defendant–
Appellant.

No. 02–6282.

United States Court of Appeals,
Fourth Circuit.

Submitted April 25, 2002.

Decided May 8, 2002.

Cleveland Graves, Appellant Pro Se. Felice McConnell Corpening, Office of the

United States Attorney, Raleigh, North Carolina, for Appellee.

Before WILLIAMS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Cleveland Graves seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Graves,* Nos. CR–99–77; CA–01–739–5–BO (E.D.N.C. Dec. 19, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*